*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF INDIANA*
*SOUTH BEND DIVISION*

| | | |
|---|---|---|
| *CHANTAWN KING,* | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | *CAUSE NO. 3:20-CV-793-MGG* |
| | ) | |
| *HAVEN HUBBARD HOMES, INC.* | ) | |
| *d/b/a HAMILTON GROVE,* | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

The parties in the above titled cause of action having filed their Joint Stipulation of Dismissal of this action, and the Court having read and examined the same and being duly advised in the premises, states:

It is hereby ordered that this action be, and the same hereby is, dismissed with prejudice against the refiling of the same, with each party to bear its own costs and attorney fees.

DATED this __28th__ day of __September__, 2021.

_s/Michael G. Gotsch, Sr._____
Judge, United States District Court